UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re:	Alexander Bernard Wathen	§
	§   Bankruptcy Case No. 12-35920-H3-13
	Debtor(s).	§

MOTION TO REINSTATE CASE

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THIS MOTION SHOULD NOT BE GRANTED.**

**IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THIS MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Comes Now Debtor, and moves the Court to reinstate the case for the following reasons:

1. When the case was dismissed Debtor had paid the required amount of payments pursuant to the agreement with the Trustee, it was the non-monetary conditions such as filing of tax returns that were not completely met.

2. The remaining conditions will soon be met.

3. The case failed primarily due to inability to make payments early on in the case.

4. Debtor's financial situation is about to improve as Debtor has gained employment and will be able to make the future payments.

5. Debtor recently got married and Debtor's wife will soon be earning more money.

Therefore Debtor moves the Court to reinstate the case.

Respectfully Submitted,

| | |
|---|---|
| 1/28/13_____ | /s/ Alexander B. Wathen_____ |
| Date | Alexander B. Wathen |
| | Debtor and Attorney for Debtor |
| | Texas Bar No. 24005122 |
| | S.D. Tex. No. 22793 |
| | 13280 Northwest Freeway, Suite F352 |
| | Houston, TX 77040 |
| | Ph.  (281) 999-9025 |
| | Fax (281) 616-6242 |
| | wathenecf@gmail.com |

**CERTIFICATE OF SERVICE**

I certify that on **January 28, 2013**, I have or am contemporaneously serving a copy of these documents with all attachments on those entities listed below either by first class mail or through the Clerk by electronic mail.

| | |
|---|---|
| 1/28/13_____ | /s/ Alexander B. Wathen_____ |
| Date | Alexander B. Wathen |

**BY ELECTRONIC MEANS THROUGH THE CLERK OR BY FIRST CLASS MAIL:**

Chapter 7 or 13 Trustee
U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002