UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re:     Alexander Bernard Wathen    §
                                                    §   Bankruptcy Case No. 12-35920-H3-13
           Debtor(s).                    §

**ORDER GRANTING MOTION TO REINSTATE**

The Court having considered Debtor's Reinstate the Case, is of the opinion that it should be granted.

Therefore, the Court vacates the order of dismissal entered on January 14, 2013 as Docket Number 30 and reinstates the case.

It is so ordered.

_____                                      _____
Date                                                UNITED STATES BANKRUPTCY JUDGE